FILED

04/17/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0095

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0095

CITY OF HELENA,

Plaintiff and Appellee,

v.

INNA VIKTOROVNA POSTOLNIKOVA,

Defendant and Appellant.

# GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until May 26, 2020 to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
April 17 2020